AO 247 (10/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)         Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America<br>v.<br>Demetrius Marcellus Green, aka "DD"<br>Date of Original Judgment: December 16, 2009<br>Date of Previous Amended Judgment: N/A<br>*(Use Date of Last Amended Judgment, if any)* | )<br>)<br>) Case No: 4:08-CR-00315-14<br>) USM No: 13837-021<br>) Dale E. Akins<br>) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __194__ months **is reduced to** __158 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

FILED U.S. DISTRICT COURT SAVANNAH DIV.
JUN 11 2015
CLERK SO. DIST. OF GA

Except as otherwise provided above, all provisions of the judgment dated __December 16, 2009,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __June 10, 2015__                              _____/s/_____
                                                                              Judge's signature

                                                                              William T. Moore, Jr.
                                                                              Judge, U.S. District Court
Effective Date: __November 1, 2015__                Southern District of Georgia
*(if different from order date)*                             *Printed name and title*